IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00163-REB-MJW

HEALTHBRIDGE ALLIANCE,

Plaintiff,

v.

HENRY N. TOBEY, PhD.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendants' Motion for Leave to File Amended Counterclaims (Docket No. 47), which is unopposed (see Docket No. 50), is granted, and the tendered Defendant's First Amended Counterclaims is accepted for filing as of the date of this Minute Order.

Date: March 11, 2008