**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00163-REB-MJW

HEALTHBRIDGE ALLIANCE, a Colorado nonprofit corporation,

       Plaintiff,

v.

HENRY N. TOBEY, Ph.D., an individual,

       Defendant.

v.

HEALTHBRIDGE ALLIANCE, a Colorado nonprofit corporation, Dace West-Schlue, an individual, and Holly Smith, an individual

       Counterclaim Defendants.

---

**ORDER RE: STIPULATED MOTION TO STAY DISCOVERY PENDING PRIVATE**
**MEDIATION AND TO AMEND SCHEDULING ORDER** ( Docket po 53 )

---

       This matter, coming before the Court pursuant to the parties' STIPULATED MOTION

TO STAY DISCOVERY PENDING PRIVATE MEDIATION AND TO AMEND

SCHEDULING ORDER, due notice having been given and the Court being fully advised, it is

hereby ORDERED:

       The parties Stipulated Motion is GRANTED, and discovery is stayed pending resolution

of private mediation.

       The SCHEDULING ORDER, Docket Number 38, shall be amended to extend the

deadlines set forth therein as follows:

Fact Discovery Deadline: July 30, 2008.

Dispositive Motions Deadline: August 20, 2008.

Plaintiff's Disclosure of Experts: June 4, 2008.

Defendant's Disclosure of Experts: June 4, 2008.

Counterclaim Defendants' Disclosure of Experts: June 4, 2008.

Plaintiff's Rebuttal of Defendant's Experts: July 2, 2008.

Defendant's Rebuttal of Counterclaim Defendants' Experts: July 2, 2008.

Deadline for all Depositions: July 30, 2008.

Interrogatories: June 30, 2008.

Requests for Production of Documents: June 30, 2008.

Requests for Admissions: June 30, 2008.

It is further ORDERED that the FINAL PRETRIAL CONFERENCE is set for September 19, 2008, at 8:30 a.m., in the courtroom A-502. The proposed final pretrial order shall be filed, and then sent as a Word or WordPerfect attachment to Watanabe_Chambers@cod.uscourts.gov, by September 15, 2008.

Dated this 26ᵗʰ day of March, 2008.

BY THE COURT:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

\\\DE - 090334/010461 - 363377 v1