IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-00163-REB-MJW

HEALTHBRIDGE ALLIANCE, a Colorado nonprofit corporation,

    Plaintiff,

v.

HENRY N. TOBEY, Ph.D., an individual,

    Defendant.

## MINUTE ORDER[1]

The matter comes before the court on the **Unopposed Motion To Withdraw Counterclaim Defendants' Motion To Dismiss Defendant's Counterclaims** [#59], filed April 2, 2008. The motion is **GRANTED**, and **Counterclaim Defendants Dace West-Schlue's and Holly Smith's Motion To Dismiss Defendant's Counterclaims** [#45], filed February 1, 2008, is **WITHDRAWN**.

    Dated: April 3, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.