# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 07-cv-00163-REB-MJW

HEALTHBRIDGE ALLIANCE, a Colorado nonprofit corporation,

    Plaintiff,

v.

HENRY N. TOBEY, Ph.D., an individual,

    Defendant and Counterclaimant,

v.

HEALTHBRIDGE ALLIANCE , a Colorado nonprofit corporation,
DACE WEST-SCHLUE, an individual, and
HOLLY SMITH, an individual,

    Counterclaim Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulated Motion For Dismissal With Prejudice** [#62] filed May 30, 2008. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion For Dismissal With Prejudice** [#62] filed May 30, 2008, is **GRANTED**;

    2. That the Trial Preparation Conference set for November 12, 2008, is **VACATED**;

3. That the jury trial set to commence December 1, 2008, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated June 2, 2008, at Denver, Colorado.

                                        **BY THE COURT:**

                                        **s/ Robert E. Blackburn**
                                        **Robert E. Blackburn**
                                        **United States District Judge**